[No. 28348-1-I.   Division One.   March 29, 1993.]

*In the Matter of the Marriage of* JAMES D.
MILLER, *Appellant, and* DARLENE J.
MILLER, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-3-02102-3, Kathryn E. Trumbull, J., entered April 26, 1991. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Forrest and Agid, JJ.

[No. 29500-4-I.   Division One.   March 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH
PROPST, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-8-04398-3, Bobbe J. Bridge, J., entered October 8, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 30603-1-I.   Division One.   March 29, 1993.]

G. PAUL SULLIVAN, ET AL, *Appellants*, v. BROADCAST
TOOLS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 91-2-22334-3, Lloyd W. Bever, J., entered March 30, 1992. *Affirmed* by unpublished per curiam opinion.